UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X

CARLOS RUIZ FLOREZ,
Plaintiff,

-against-

MASLO REALTY CORP., and PENTAPOP INC.,
Defendants.

----------------------------------------------------------- X

26 Civ. 6077 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pre-trial conference was held in the above-captioned case on September 15, 2026.

WHEREAS, Defendant Pentapop Inc. ("Defendant") indicated its intent to proceed with a motion to dismiss on the basis of subject matter jurisdiction before proceeding with settlement discussions. It is hereby

**ORDERED** that an evidentiary hearing is scheduled for **September 29, 2026, at 2:00 P.M.** The hearing will be conducted in person at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York at Room 1106. Plaintiff shall testify, and Defendant may cross-examine Plaintiff.

**ORDERED** that, by **September 22, 2026**, Plaintiff shall produce to Defendant time-stamped photos taken of or by Plaintiff at the subject premises and, to the extent possible, specify the date and time of any visits by Plaintiff to the subject premises.

Dated: September 15, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE