LAW OFFICE OF JENNIFER E. TUCEK, PC
641 Lexington Avenue, 15th Floor
New York, N.Y. 10022
(917) 669-6991
TucekLaw@Gmail.com

Application **GRANTED in part**. Defendant shall file a response to Plaintiff's application by October 7, 2026. The hearing currently scheduled for September 29, 2026, is **ADJOURNED** to **October 19, 2026, at 2:15 P.M.**

Dated: September 28, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

September 28, 2026

VIA ECF
Hon. Lorna G. Schofield
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *Ruiz v. Pentapop, Inc. et al*
26-cv-6077 (LGS)

Dear Judge Schofield:

I represent the Plaintiff in the above referenced matter and write to request a two-week adjournment of the hearing scheduled for tomorrow at 2:00 pm. I apologize for the late notice, but I just received a call from Plaintiff late last evening asking if the hearing scheduled for tomorrow could be adjourned. The reasons are twofold: 1) He is ill and does not feel that he can participate in a hearing tomorrow 2) He has not yet been able to obtain crucial items for the hearing which he was Ordered to produce (DE 29).

Plaintiff provided Defendant with a copy of a photo of himself at the restaurant, but it does not contain the metadata showing when the photo was taken. It shows some metadata reflecting that it was saved as a jpg file on 5/30/26, but it does not show the date the photo was taken. Plaintiff may have inadvertently deleted this photo from his phone. Last week, I informed Defendant that Plaintiff would be taking his phone to T-Mobile to see if the photo can be retrieved, and perhaps a forensic specialist. Plaintiff has not yet been able accomplish those tasks. Plaintiff was unwell over the weekend and did not have the wherewithal to venture out into the storm. I wrote to Defendant's counsel at 8:00 am this morning to obtain its consent but have not yet heard back.

As I stated at the hearing, I am unavailable the week of October 8. Thus, I am requesting an adjournment to the following week.

Plaintiff seeks additional time to obtain crucial items for the hearing which he was Ordered to produce, and to recover from his illness. Thank you.

Respectfully submitted,

/s/Jennifer E. Tucek

Jennifer E. Tucek

.

.