UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS RUIZ FLOREZ,
Plaintiff,

-against-

MASLO REALTY CORP. et al.,
Defendants.

---

26 Civ. 6077 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 19, 2026, an evidentiary hearing was held in the above-captioned case.

WHEREAS, Plaintiff's counsel represented that she previously requested information from Defendant Maslo Realty Corp. ("Maslo") regarding the existence of surveillance footage from the subject premises and that she received no response from Maslo's counsel.

WHEREAS, counsel for Defendant Maslo did not appear at the evidentiary hearing but was contacted via telephone. It is hereby

**ORDERED** that, by **October 22, 2026**, Defendant Maslo shall file a letter on the docket confirming whether surveillance footage exists showing the interior or exterior of the subject premises on the date of Plaintiff's alleged visit, April 24, 2026, between the hours of 6:00 P.M. and 8:00 P.M. If such surveillance footage exists, Defendant Maslo shall obtain the footage and provide copies to all counsel of record.

**ORDERED** that any party wishing to submit additional evidence relating to the issue of subject matter jurisdiction shall do so via a requested file-share link, as outlined in Individual Rule III.B.3, by **October 26, 2026**.

Dated: October 20, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE