LAW OFFICE OF JENNIFER E. TUCEK, PC
641 Lexington Avenue, 15th Floor
New York, N.Y. 10022
(917) 669-6991
TucekLaw@Gmail.com

Application **GRANTED in part**. Any party wishing to submit additional evidence relating to the issue of subject matter jurisdiction shall do so via a requested file-share link, as outlined in Individual Rule III.B.3, by **October 30, 2026**. Plaintiffs' request to submit a closing statement is **DENIED**.

The Clerk of Court is respectfully directed to close the motion at Dkt. 42.

Dated: October 26, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

October 23, 2026

VIA ECF
Hon. Lorna G. Schofield
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *Ruiz v. Pentapop, Inc. et al*
26-cv-6077 (LGS)

Dear Judge Schofield:

I represent the Plaintiff in the above referenced matter and write to respectfully request: 1) a four-day extension of time to file final exhibits in connection with the 10/19 evidentiary hearing. The undersigned has been ill with the flu since the evening of the 19th and is unable to perform any work currently 2) an opportunity to present a brief closing statement, not to exceed three pages, in accordance with any schedule set by the court.

Plaintiff respectfully requests an extension until Friday 10/30 to submit final exhibits and an opportunity to file a closing statement. Thank you.

Respectfully submitted,

/s/Jennifer E. Tucek
Jennifer E. Tucek